IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GAMBOA, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:13-CV-58-LY |
| | § | |
| GC SERVICES, LP, | § | |
| DEFENDANTS. | § | |

### FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this day, after *pro se* Plaintiff Christopher Gamboa, did not appear for the final pretrial conference set in this matter, the court granted Defendant GC Services, LP's motion for involuntary dismissal for lack of prosecution (Clerk's Doc. No. 24) and dismissed all claims in this case without prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Defendant GC Services, LP is awarded costs of court.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

SIGNED this ____ day of May, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE